**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 153 MAL 2018

         Respondent             :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

         v.                     :

                                :

LAQUINCEY ANTRON WATSON,       :

                                :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.